UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
May 24, 2018
David J. Bradley, Clerk

| | |
|---|---|
| Randy Daniel Canales,<br>*Petitioner,*<br><br>v.<br><br>Lorie Davis,<br>Director, Texas Department of Criminal<br>Justice, Correctional Institutions Division,<br>*Respondent.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

Civil Action No. 4:18-CV-01046

## Order of Adoption

On April 27, 2018, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (Dkt. 4). No timely objections have been filed. After considering the record and the law, the court adopts the memorandum and recommendation as its memorandum and opinion. The petition for writ of habeas corpus is denied without prejudice. The court will issue a separate final judgment.

Signed _____May 24_____, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge